IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
    v. :
:
EARLE MCNEILL : CRIMINAL NO. 09-294-3

ORDER

AND NOW, this 23rd day of April, 2010, after a sentencing hearing on April 22, 2010, and in accordance with the accompanying Memorandum, it is hereby ORDERED that:

    1. The Government's objection to ¶ 111 of the Presentence Investigation Report ("PSI") is SUSTAINED and a two-level enhancement is IMPOSED, pursuant to U.S.S.G. §3C1.1;

    2. The three level reductions under U.S.S.G. §3E1.1 in ¶¶ 113-14 of the PSI are EXCISED; and

    3. The second sentence of PSI ¶ 132 is DELETED and the following is SUBSTITUTED in its place:

> Defendant was paid $39,941 in 2001, $41,326 in 2002, $36,749 in 2003, $48,499 in 2004, $58,146 in 2005 and $40,416 in 2006 for his services as Executive Director of MEBH.

                                    BY THE COURT:

                                    __\s\Stewart Dalzell